# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY LLOYD HAYE,<br><br>        Petitioner,<br><br>        v.<br><br>RANDY GROUNDS, Warden,<br><br>        Respondent. | Case No. CV 11-3170 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: ___April 22, 2011___

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE